

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00857-CV

**STUDIO E. ARCHITECTURE AND INTERIORS, INC.**,
Appellant

v.

Emily **LEHMBERG**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-10649
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's December 6, 2022 order denying appellant STUDIO E. ARCHITECTURE AND INTERIORS, INC.'s motion to dismiss is **AFFIRMED**. Costs of appeal are taxed against appellant.

SIGNED February 28, 2024.

_____
Irene Rios, Justice